STATE OF NEW JERSEY v. ALFRED MORRIS SPIVEY.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THADDEUS LANGFORD.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE EGGLESTON.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS PARKER.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MANUEL ECHEVARRIA.

January 12, 1988.

Petition for certification denied.